■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BAJRO HOTI, Appellant. [858 NYS2d 645]—Judgment, Supreme

Court, New York County (Lewis Bart Stone, J.), rendered on or about March 6, 2007, unanimously affirmed. No opinion. Order filed. Concur—Lippman, P.J., Mazzarelli, Williams, Sweeny and Acosta, JJ.